UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JASON ALLEN,                         :
                                     :    Civil Action No. 06-3891 (DMC)
            Petitioner,              :
                                     :
       v.                            :    **ORDER TO ANSWER**
                                     :
OSCAR AVILES,                        :
                                     :
            Respondent.              :

Petitioner having filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241; and this Court having Ordered [5] Respondent to answer; and this Court having received a letter [6] from Michael L. Dermody, Esq., 1st Assistant County Counsel, County of Hudson, requesting an extension of time to Answer; and for good cause shown;

IT IS on this  14  day of  May , 2007,

ORDERED that Respondent shall file a full and complete answer to said Amended Petition within 20 days of the entry of this Order, see Ukawabutu v. Morton, 997 F.Supp. 605 (D.N.J. 1998); and it is further

ORDERED that Respondent's answer shall respond to the factual and legal allegations of the Petition by each paragraph and subparagraph; and it is further

ORDERED that Respondent shall raise by way of the answer any appropriate defenses which Respondent wishes to have the Court consider, including, but not limited to, exhaustion of

administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

ORDERED that the answer shall be accompanied by certified copies of all relevant documents, including, but not limited to, any pleadings, process, orders, transcripts, summaries, briefs, appendices, opinions, and judgments filed in related federal and state proceedings, as well as all records of administrative remedies pursued by Petitioner, or such of them as may be material to the questions raised in the Petition; and it is finally

ORDERED that Respondent shall file the original and one copy of the answer and one set of the accompanying record of proceedings with the Clerk's Office at 402 East State Street, Room 2020, Trenton, New Jersey 08608.

Dennis M. Cavanaugh
United States District Judge